**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **SAKI BACHA (aka MOHAMMED JAWAD),** | ) |
|  | ) |
| **Petitioner,** | ) |
|  | ) |
| **v.** | ) **Civil Action No. 05-2385 (ESH)** |
|  | ) **(ISN 900)** |
| **BARACK H. OBAMA, _et al._,** | ) |
|  | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

The Court has reviewed respondents' notice that respondents will no longer treat petitioner as detainable under the AUMF (Dkt. No. 311) and petitioner's response thereto (Dkt. No. 314). It is hereby

**ORDERED** that a status conference is set for 10:30 a.m. on July 30, 2009, in Courtroom 14. It is

**FURTHER ORDERED** that the conference call set for 3:00 p.m. on July 30, 2009, is vacated. It is

**FURTHER ORDERED** that respondents shall submit, by 5:00 p.m. on July 29, 2009, a proposed order setting forth how they propose to resolve this case.

**SO ORDERED.**


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date:   July 28, 2009